```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

A.D., an individual,

    Plaintiff,

v.                              Case No: 2:22-cv-645-JES-NPM

CHM NAPLES II HOTEL PARTNERS, LLC,

    Defendant.

## ORDER

On November 30, 2023, the Court entered an Order (Doc. #53) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of January 2024.

                                          _____
                                          JOHN E. STEELE
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record